UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRACE BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 17-10638-FDS |
| ) | |
| GLAXOSMITHKLINE LLC, ) | |
| ) | |
| Defendant. ) | |

# ORDER CONCERNING MOTION TO COMPEL COMPLIANCE WITH MDL ORDERS NO. 10 & 11

**SAYLOR, J.**

The complaint in this individual action was originally filed on March 30, 2017. Pursuant to MDL Orders 10 and 11, plaintiff was required to disclose to defendant a Product Identification Fact Sheet, Plaintiff Fact Sheet, and various signed declarations and authorizations. On May 19, 2017, this Court granted plaintiff's motion for a 60-day extension to the disclosure deadlines.

Plaintiff apparently still has not complied with his discovery obligations. Because nearly two months have elapsed since the 60-day extension period ended, plaintiff is hereby ORDERED to comply with MDL Orders 10 and 11 on or before September 28, 2017. If plaintiff fails to comply, defendant may move for an order of dismissal for lack of prosecution and/or failure to provide discovery.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: September 14, 2017   United States District Judge